UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN HOULAHAN,<br><br>      Plaintiff,<br>  v.<br><br>RAPTOR TRADING SYSTEMS, INC.,<br><br>      Defendant. | **ORDER**<br><br>16 Civ. 9620 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    The parties are directed to submit a proposed judgment addressing, <u>inter alia</u>, pre-judgment interest, by June 5, 2020.

Dated: New York, New York
    June 2, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge