AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JOHN HOULAHAN <br> *Plaintiff* <br> v. <br> RAPTOR TRADING SYSTEMS, INC. <br> *Defendant* | ) ) ) ) ) Civil Action No. 16Civ 9620 (PGG) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* JOHN HOULAHAN recover from the defendant *(name)* RAPTOR TRADING SYSTEMS, INC. the amount of One hundred sixty seven thousand six hundred and sixty three dollars ($ 167,663.00 ), which includes prejudgment interest at the rate of 9.00 %, plus post judgment interest at the rate of 0.17 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge Paul G. Gardephe without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: June 8, 2020

SO ORDERED.

*[signature]*
Paul G. Gardephe
United States District Judge

CLERK OF COURT

*[signature]*
*Signature of Clerk or Deputy Clerk*